**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

AMIRKHON DZHURAEZ                    CASE NO.  3:26-CV-00143 SEC P

VERSUS                               JUDGE DAVID C. JOSEPH

KRISTI NOEM, ET AL                   MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 6], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the instant PETITION FOR WRIT OF HABEAS CORPUS [DOC.1] be DISMISSED as MOOT.

THUS, DONE AND SIGNED in chambers this 23rd day of March, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE